**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

JOEL ALFREDO FAJARDO COLMENAREZ,

Petitioner,

v. Case No. 2:26-cv-02702 KWR-GBW

WARDEN, *Otero County Processing Center*,
MARY DE ANDA-YBARRA, *Field Office Director, El Paso, U.S. Immigration and Customs Enforcement,*
ACTING DIRECTOR, *Immigration and Customs Enforcement,*
TODD BLANCHE, *U.S. Attorney General, and*
MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*,

Respondents.

**ORDER DENYING HABEAS PETITION**

**THIS MATTER** comes before the Court on Petitioner's Petition for Writ of Habeas Corpus (**Doc. 1**). Petitioner is a non-citizen who has been detained by ICE. His sole claim is that he is entitled to a bond hearing under 8 U.S.C. § 1226(a). Respondents agree that he is entitled to a bond hearing. A hearing was scheduled and it was continued because Petitioner requested additional time to submit evidence. As explained below, Petitioner's Petition is not well-taken and therefore is **DENIED** without prejudice. It appears that Petitioner has or will receive the relief requested, a bond hearing.

Petitioner is a citizen of Venezuela and is currently detained by ICE at the Otero County Processing Center. He was detained by ICE on August 7, 2026. Two custody determinations were issued, and Petitioner was detained. When the second custody determination was issued, Petitioner

requested review by an immigration judge. A bond hearing pursuant to 8 U.S.C. § 1226(a) was set for September 14, 2026. An immigration judge continued the hearing at Petitioner's request to allow him additional time to submit evidence. *See* Doc. 5-6.

Respondents admit that Petitioner is entitled to a bond hearing under § 1226(a) and this case is controlled by *Santillan Quiroz. See Santillan Quiroz v. Mullin*. 180 F.4th 1226 (10th Cir. 2026). Thus, the Court relies upon Respondents' representation that a bond hearing under § 1226(a) will be held. Because Respondents admit that Petitioner is detained under § 1226(a) and a bond hearing was held or will be held, the Court denies the Petition without prejudice.

**IT IS THEREFORE ORDERED** that Petitioner's Petition (Doc. 1) is hereby **DENIED** without prejudice.

/S/
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE